UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:12-cr-47-ORL-36-DAB
    18 U.S.C. § 912
ALLAN NEY CACERES   18 U.S.C. § 922(g)(1)
a/k/a Allen Caceres Truesdale

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning on or about a date unknown to the Grand Jury, but no later than in or about January 2007, and continuing until a date unknown to the Grand Jury, but no earlier than in or about September 2008, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

**ALLAN NEY CACERES
aka Allen Caceres Truesdale**

the defendant herein, did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is an officer or employee of the Department of Homeland Security, and in such assumed and pretended character did act as such, to wit, **ALLAN NEY CACERES**, aka **Allen Caceres Truesdale**, brought a dog to an animal hospital that provides veterinary care and boarding to law enforcement dogs (or K-9's) and falsely represented that he was handling the dog as an officer or employee of the Department of Homeland Security and, thus, obtained access to the restricted law enforcement area of the animal hospital and obtained veterinary care and boarding services for the dog in his possession, and then abandoned that dog at the animal hospital.

All in violation of Title 18, United States Code, Section 912.

## COUNT TWO

Beginning on or about a date unknown to the Grand Jury, and continuing until on or about September 15, 2007, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

**ALLAN NEY CACERES**
**aka Allen Caceres Truesdale**

the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, that is:

> On September 14, 1995, a conviction for two counts of forgery in the first degree in the Superior Court of DeKalb County, Georgia, Case Number 95-cr-3602,

did knowingly possess in and affecting interstate and foreign commerce a firearm and ammunition, and did knowingly receive a firearm and ammunition which had been shipped and transported in interstate and foreign commerce, that is: a Ruger 9mm pistol, model #95DC, serial #31189498 and eight 9mm rounds of ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THREE

On or about September 15, 2007, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

**ALLAN NEY CACERES**
**aka Allen Caceres Truesdale**

the defendant herein, did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is an officer or employee of the Department of Homeland Security, and in such assumed and pretended character did act as such, to wit, at a hospital following a car accident in which he was involved,

**ALLAN NEY CACERES**, aka **Allen Caceres Truesdale**, falsely stated to an Orlando Police Department officer that he was a Federal Air Marshal when an Orlando Police Department officer told him that the Orlando Police Department located a Ruger 9mm pistol, model #95DC, serial #31189498, in the vehicle of **ALLAN NEY CACERES**, aka **Allen Caceres Truesdale**, following the car accident.

All in violation of Title 18, United States Code, Section 912.

## FORFEITURES

1. The allegations contained in Count Two, of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. As the result of committing one or more of the offenses alleged in Count Two of this Indictment, defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
Daniel C. Irick
Assistant United States Attorney

By: _____
Carlos A. Perez-Irizarry
Assistant United States Attorney
Chief, Orlando Division

# UNITED STATES DISTRICT COURT

Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

ALLAN NEY CACERES
a/k/a Allen Caceres Truesdale

## INDICTMENT

Violations:

18 U.S.C. §§ 912 and 922(g)

A true bill,

_____
Foreperson

Filed in open court this 22nd day
of February, 2012.

_____
Clerk

Bail $ _____

GPO 863 525